UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00041

**Demarcus Wilson,**
*Plaintiff,*

v.

**East Texas Treatment Facility,**
*Defendant.*

# ORDER

Plaintiff Demarcus Wilson, a prisoner confined at the East Texas Treatment Facility proceeding pro se, alleges civil-rights violations against defendant under 42 U.S.C. § 1983. Doc. 1. The case was referred to a magistrate judge who issued a report and recommendation. Doc. 8.

The report concluded that plaintiff's lawsuit should be dismissed without prejudice for plaintiff's failure to prosecute his case and comply with court orders—namely, (1) an order to amend his complaint (Doc. 6), and (2) an order to pay the filing fee or apply to proceed in forma pauperis (Doc. 5). Doc. 8 at 3. The report also recommended that the court suspend the statute of limitations for a period of 45 days from the date of final judgment. *See Campbell v. Wilkinson*, 988 F.3d 798, 801 n.1 (5th Cir. 2021) (explaining that "[w]here further litigation of [a] claim will be time-barred, a dismissal without prejudice is no less severe a sanction than a dismissal with prejudice . . . .'").

The court mailed a copy of that report to plaintiff at his last-known address. The mail was returned as undeliverable. Doc. 9. Plaintiff has not filed objections or otherwise communicated with the court. The report was filed over five months ago. Similarly, plaintiff has not filed an amended complaint or paid the filing fee as previously ordered.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face

of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's case is dismissed without prejudice for failure to prosecute and to comply with court orders. The statute of limitations is suspended for a period of 45 days from final judgment. Any pending motions are denied as moot.

*So ordered by the court on October 7, 2025.*

J. CAMPBELL BARKER
United States District Judge